## Milligan *v.* Bell Telephone Co., Appellant (No. 2).

OPINION BY HEAD, J., March 1, 1916:

The plaintiff in this appeal is the father of George Edward Milligan, the plaintiff in an action against the same defendant, in which case we have just handed down an opinion, ante, page 197. As the claims of father and son grew out of the same transaction, the opinion we have filed necessarily disposes of the question here involved.

Judgment reversed and judgment now entered in favor of the defendant.